# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Jack Nelson Happy | CASE NO.: 10–15653–reg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–3185 | CHAPTER: 7 |

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Robert L. Geltzer is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 5, 2014

Robert E. Gerber, Bankruptcy Judge